## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS® *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*,<br><br>Defendants. | Civil Case. No. 20-3377 |

## **CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 26.1**

I, the undersigned, counsel of record for Fordham & Associates, LLC, certify that, to the best of my knowledge and belief, no parent companies, subsidiaries, affiliates, or companies own at least 10% of the stock of Fordham & Associates, LLC which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: November 20, 2020            Respectfully submitted,

                                     *s/ Brett A. Shumate*
                                     Brett A. Shumate (D.C. Bar No. 974673)
Charlotte H. Taylor (D.C. Bar No. 1024658)
     (application pending)
Megan Lacy Owen (D.C. Bar No. 1007688)
     (*pro hac vice* forthcoming)
Stephen J. Kenny (D.C. Bar No. 1027711)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Autumn Hamit Patterson
     (Texas Bar No. 24092947)
     (*pro hac vice* forthcoming)
JONES DAY
2727 N. Harwood St.
Dallas, Texas 75201
Telephone:  (214) 220-3939
Facsimile: (214) 969-5100

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 20, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. In addition, I served the following attorneys via electronic mail on this date:

Eric Beckenhauer
Leslie Cooper Vigen
Steven A. Myers
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
eric.beckenhauer@usdoj.gov
leslie.vigen@usdoj.gov
steven.a.myers@usdoj.gov

November 20, 2020                              *s/ Brett A. Shumate*
                                                Brett A. Shumate