IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS® *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*,<br><br>Defendants. | Civil Case No. 20-3377 |

## **CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 26.1**

I, the undersigned, counsel of record for H.E. Cauthen Land and Development, LLC, certify that, to the best of my knowledge and belief, no parent companies, subsidiaries, affiliates, or companies own at least 10% of the stock of H.E. Cauthen Land and Development, LLC which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: November 20, 2020	Respectfully submitted,

*s/ Brett A. Shumate*
Brett A. Shumate (D.C. Bar No. 974673)
Charlotte H. Taylor (D.C. Bar No. 1024658)
    (application pending)
Megan Lacy Owen (D.C. Bar No. 1007688)
    (*pro hac vice* forthcoming)
Stephen J. Kenny (D.C. Bar No. 1027711)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Autumn Hamit Patterson
    (Texas Bar No. 24092947)
    (*pro hac vice* forthcoming)
JONES DAY
2727 N. Harwood St.
Dallas, Texas 75201
Telephone:  (214) 220-3939
Facsimile: (214) 969-5100

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that, on November 20, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. In addition, I served the following attorneys via electronic mail on this date:

    Eric Beckenhauer
    Leslie Cooper Vigen
    Steven A. Myers
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, DC 20005
    Tel: (202) 305-0727
    Fax: (202) 616-8470
    eric.beckenhauer@usdoj.gov
    leslie.vigen@usdoj.gov
    steven.a.myers@usdoj.gov

November 20, 2020                                            *s/ Brett A. Shumate*
                                                                           Brett A. Shumate