IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS® *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*,<br><br>Defendants. | Civil Action No. 20-3377 |

**PLAINTIFFS' MOTION FOR EXPEDITED SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 56 and 57 and Local Rule 7(h), Plaintiffs respectfully file this motion for expedited summary judgment.  For the reasons explained in the memorandum in support of this motion, the Court should vacate the "Temporary Halt in Residential Evictions To Prevent the Further Spread of COVID-19" issued by the Centers for Disease Control and Prevention.  85 Fed. Reg. 55,292 (Sept. 4, 2020).

Dated: November 20, 2020                                  Respectfully submitted,

*s/ Brett A. Shumate*
Brett A. Shumate (D.C. Bar No. 974673)
Charlotte H. Taylor (D.C. Bar No. 1024658)
    (application pending)
Megan Lacy Owen (D.C. Bar No. 1007688)
    (*pro hac vice* forthcoming)
Stephen J. Kenny (D.C. Bar No. 1027711)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Autumn Hamit Patterson
    (Texas Bar No. 24092947)
    (*pro hac vice* forthcoming)
JONES DAY
2727 N. Harwood St.
Dallas, Texas 75201
Telephone:  (214) 220-3939
Facsimile: (214) 969-5100

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 20, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. In addition, I served the following attorneys via electronic mail on this date:

Eric Beckenhauer
Leslie Cooper Vigen
Steven A. Myers
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
eric.beckenhauer@usdoj.gov
leslie.vigen@usdoj.gov
steven.a.myers@usdoj.gov

November 20, 2020                                    *s/ Brett A. Shumate*
                                                     Brett A. Shumate