# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALABAMA ASSOCIATION OF
REALTORS® *et al.*,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES *et al.*,

        Defendants.

Civil Case. No. _____

## DECLARATION OF DANNY FORDHAM

I, Danny Fordham, declare as follows:

1. I am a licensed real estate professional in the State of Alabama and a member of the Alabama Association of REALTORS®. I am over 18 years old and could testify to the facts set out herein if called upon to do so. I make this declaration based on my personal knowledge and to explain the impact of the Centers for Disease Control and Prevention's ("CDC") "Temporary Halt in Residential Evictions To Prevent the Further Spread of COVID-19" (the "Eviction Moratorium") on myself and my companies.

2. I lease and manage 75 rental properties in Montgomery County, Alabama through two limited liability companies: Fordham & Associates, LLC and H.E. Cauthen Land and Development, LLC.

3. Fordham & Associates, LLC is a residential property leasing company that collects less than $30 million in annual receipts.

4. H.E. Cauthen Land and Development, LLC is a residential property leasing company that collects less than $30 million in annual receipts.

DocuSign Envelope ID: BA795E6C-4D67-4A61-A608-C85AE4A9C202
Case 1:20-cv-03377-DLF   Document 6-2   Filed 11/20/20   Page 2 of 9

5. The properties that I lease and manage through these two companies are a collection of single-family homes, duplexes, and a multi-unit complex. I and my companies have the legal right to pursue eviction of tenants leasing such properties.

6. I manage residential properties located at 710 E. Cloverdale Rd. Montgomery, AL 36106 and 3764 Fieldcrest Dr. Montgomery, AL 36111 (together, "the properties").

7. I leased the property at 710 E. Cloverdale Rd. to Melanie DeRamus in 2016. I leased the property at 3764 Fieldcrest Dr. to Lezenia Davis in 2012.

8. The lease contracts for the properties were made under Alabama law. I have maintained both rental properties in compliance with my obligations under Alabama law.

9. Both Ms. DeRamus and Ms. Davis have fallen behind on rent. In total, I have lost $5,889.30 in rental income from the properties, in addition to monthly maintenance costs. I also suffer a monthly loss of $66.67 because I pay the utility bills for the property at 710 E. Cloverdale Rd.

10. In September 2020, I began the eviction process under Alabama law by delivering written notices of rental agreement noncompliance to Ms. DeRamus and Ms. Davis.

11. Ms. DeRamus and Ms. Davis each provided me with declarations attesting that they are unable to pay rent but cannot be evicted under the CDC's Eviction Moratorium. Both tenants submitted declarations in the form provided by CDC and attached to the Eviction Moratorium. *See* Exhibits A & B.

12. As a result of the Eviction Moratorium, I am unable to evict these tenants. Indeed, lawyers in Alabama have told me that they are unwilling to file eviction actions in state court because of the Eviction Moratorium.

13. As a result of the Eviction Moratorium, I am also unable to rent the properties to tenants who will pay rent.

14. At least seven other tenants have failed to pay rental payments of more than $2,000 in unpaid rent.

15. But for the Eviction Moratorium, I would begin eviction proceedings against these tenants, as well.

16. As a result of the Eviction Moratorium, I am unable to evict these other tenants and unable to rent these properties to tenants who will pay rent.

17. It is my belief and understanding that I will be unlikely to obtain any payment or damages from these tenants once the Eviction Moratorium expires.  My only ability to mitigate loss and obtain rental income from the properties is to evict the non-paying tenants and rent the properties to paying tenants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2020.

DocuSigned by:

Danny Fordham

—6147FBA4E5A14D0...

Danny Fordham

# EXHIBIT A

L. Davis
9/28/20

Form Approved
OMB Control No. 0920-1303
Expiration Date: 12/31/2020

# [FORM] DECLARATION UNDER PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTION'S TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19

> This declaration is for tenants, lessees, or residents of residential properties who are covered by the CDC's order temporarily halting residential evictions (not including foreclosures on home mortgages) to prevent the further spread of COVID-19. Under the CDC's order you must provide a copy of this declaration to your landlord, owner of the residential property where you live, or other person who has a right to have you evicted or removed from where you live. Each adult listed on the lease, rental agreement, or housing contract should complete this declaration. Unless the CDC order is extended, changed, or ended, the order prevents you from being evicted or removed from where you are living through December 31, 2020. You are still required to pay rent and follow all the other terms of your lease and rules of the place where you live. You may also still be evicted for reasons other than not paying rent or making a housing payment. This declaration is sworn testimony, meaning that you can be prosecuted, go to jail, or pay a fine if you lie, mislead, or omit important information.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing are true and correct:

- I have used best efforts to obtain all available government assistance for rent or housing;[1]

- I either expect to earn no more than $99,000 in annual income for Calendar Year 2020 (or no more than $198,000 if filing a joint tax return), was not required to report any income in 2019 to the U.S. Internal Revenue Service, or received an Economic Impact Payment (stimulus check) pursuant to Section 2201 of the CARES Act;

- I am unable to pay my full rent or make a full housing payment due to substantial loss of household income, loss of compensable hours of work or wages, lay-offs, or extraordinary[2] out-of-pocket medical expenses;

- I am using best efforts to make timely partial payments that are as close to the full payment as the individual's circumstances may permit, taking into account other nondiscretionary expenses;

---

[1] "Available government assistance" means any governmental rental or housing payment benefits available to the individual or any household member.

[2] An "extraordinary" medical expense is any unreimbursed medical expense likely to exceed 7.5% of one's adjusted gross income for the year.

Public reporting burden of this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to CDC/ATSDR Reports Clearance Officer; 1600 Clifton Road NE, MS D-74, Atlanta, Georgia 30333; Attn: OMB-PRA (0920-1303)

Form Approved
OMB Control No. 0920-1303
Expiration Date: 12/31/2020

- If evicted I would likely become homeless, need to move into a homeless shelter, or need to move into a new residence shared by other people who live in close quarters because I have no other available housing options.[3]

- I understand that I must still pay rent or make a housing payment, and comply with other obligations that I may have under my tenancy, lease agreement, or similar contract. I further understand that fees, penalties, or interest for not paying rent or making a housing payment on time as required by my tenancy, lease agreement, or similar contract may still be charged or collected.

- I further understand that at the end of this temporary halt on evictions on December 31, 2020, my housing provider may require payment in full for all payments not made prior to and during the temporary halt and failure to pay may make me subject to eviction pursuant to state and local laws.

I understand that any false or misleading statements or omissions may result in criminal and civil actions for fines, penalties, damages, or imprisonment.

_Khzenio R. Davis_          9-28-20
Signature of Declarant              Date

---

[3] "Available housing" means any available, unoccupied residential property, or other space for occupancy in any seasonal or temporary housing, that would not violate federal, state, or local occupancy standards and that would not result in an overall increase of housing cost to you.

Public reporting burden of this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to CDC/ATSDR Reports Clearance Officer; 1600 Clifton Road NE, MS D-74, Atlanta, Georgia 30333; Attn: OMB-PRA (0920-1303)

# EXHIBIT B

*Melanie De Ramus*
*710-E C'dale Rd*

Form Approved
OMB Control No. 0920-1303
Expiration Date: 12/31/2020

## [FORM] DECLARATION UNDER PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTION'S TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19

> This declaration is for tenants, lessees, or residents of residential properties who are covered by the CDC's order temporarily halting residential evictions (not including foreclosures on home mortgages) to prevent the further spread of COVID-19. Under the CDC's order you must provide a copy of this declaration to your landlord, owner of the residential property where you live, or other person who has a right to have you evicted or removed from where you live. Each adult listed on the lease, rental agreement, or housing contract should complete this declaration. Unless the CDC order is extended, changed, or ended, the order prevents you from being evicted or removed from where you are living through December 31, 2020. You are still required to pay rent and follow all the other terms of your lease and rules of the place where you live. You may also still be evicted for reasons other than not paying rent or making a housing payment. This declaration is sworn testimony, meaning that you can be prosecuted, go to jail, or pay a fine if you lie, mislead, or omit important information.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing are true and correct:

- I have used best efforts to obtain all available government assistance for rent or housing;[1]

- I either expect to earn no more than $99,000 in annual income for Calendar Year 2020 (or no more than $198,000 if filing a joint tax return), was not required to report any income in 2019 to the U.S. Internal Revenue Service, or received an Economic Impact Payment (stimulus check) pursuant to Section 2201 of the CARES Act;

- I am unable to pay my full rent or make a full housing payment due to substantial loss of household income, loss of compensable hours of work or wages, lay-offs, or extraordinary[2] out-of-pocket medical expenses;

- I am using best efforts to make timely partial payments that are as close to the full payment as the individual's circumstances may permit, taking into account other nondiscretionary expenses;

---

[1] "Available government assistance" means any governmental rental or housing payment benefits available to the individual or any household member.

[2] An "extraordinary" medical expense is any unreimbursed medical expense likely to exceed 7.5% of one's adjusted gross income for the year.

Public reporting burden of this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to CDC/ATSDR Reports Clearance Officer; 1600 Clifton Road NE, MS D-74, Atlanta, Georgia 30333; Attn: OMB-PRA (0920-1303)

Form Approved
OMB Control No. 0920-1303
Expiration Date: 12/31/2020

- If evicted I would likely become homeless, need to move into a homeless shelter, or need to move into a new residence shared by other people who live in close quarters because I have no other available housing options.³

- I understand that I must still pay rent or make a housing payment, and comply with other obligations that I may have under my tenancy, lease agreement, or similar contract. I further understand that fees, penalties, or interest for not paying rent or making a housing payment on time as required by my tenancy, lease agreement, or similar contract may still be charged or collected.

- I further understand that at the end of this temporary halt on evictions on December 31, 2020, my housing provider may require payment in full for all payments not made prior to and during the temporary halt and failure to pay may make me subject to eviction pursuant to state and local laws.

I understand that any false or misleading statements or omissions may result in criminal and civil actions for fines, penalties, damages, or imprisonment.

_____          09/22/2020
Signature of Declarant                Date

---

³ "Available housing" means any available, unoccupied residential property, or other space for occupancy in any seasonal or temporary housing, that would not violate federal, state, or local occupancy standards and that would not result in an overall increase of housing cost to you.

Public reporting burden of this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to CDC/ATSDR Reports Clearance Officer; 1600 Clifton Road NE, MS D-74, Atlanta, Georgia 30333; Attn: OMB-PRA (0920-1303).