IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS, *et al.*,<br><br>    Plaintiffs,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    Defendants. | No. 20-cv-3377 (DLF) |

## NOTICE OF CONGRESSIONAL ACTION

Defendants respectfully notify the Court that, on December 27, 2020, the President signed into law the Consolidated Appropriations Act, 2021. Section 502 of Title V of Division N of that Act provides:

> The order issued by the Centers for Disease Control and Prevention under section 361 of the Public Health Service Act (42 U.S.C. 264), entitled "Temporary Halt in Residential Evictions To Prevent the Further Spread of COVID–19" (85 Fed. Reg. 55292 (September 4, 2020) is extended through January 31, 2021, notwithstanding the effective dates specified in such Order.

H.R. 133, 116th Cong., div. N, tit. V, § 502 (as signed by the President, Dec. 27, 2020).

Dated: December 31, 2020

                                                           Respectfully submitted,

                                                           JEFFREY BOSSERT CLARK
                                                           Acting Assistant Attorney General

                                                           ERIC BECKENHAUER
                                                           Assistant Director, Federal Programs Branch

                                                           */s/ Leslie Cooper Vigen*
                                                           LESLIE COOPER VIGEN
                                                           Trial Attorney (DC Bar No. 1019782)
                                                           STEVEN A. MYERS
                                                           Senior Trial Counsel (NY Bar No. 4823043)
                                                           United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
E-mail: leslie.vigen@usdoj.gov

*Counsel for Defendants*