IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS®, *et al.*,<br><br>            *Plaintiffs,*<br>     v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>            *Defendants.* | No. 1:20-cv-03377-DLF |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully notify the Court that on February 25, 2021, a district court in the Eastern District of Texas entered the attached opinion and judgment declaring that the CDC Eviction Moratorium at issue in this case violates the Commerce Clause of the United States Constitution. *See* Ex. A, Opinion and Order, Dkt. 45, *Terkel, et al. v. Centers for Disease Control and Prevention, et al.*, No. 6:20-cv-00564 (E.D. Tex. Feb. 25, 2021); Ex. B., Judgment, Dkt. 46, *Terkel*, No. 6:20-cv-00564 (E.D. Tex. Feb. 25, 2021).

Dated: February 26, 2021                    Respectfully submitted,

*s/ Brett A. Shumate*
Brett A. Shumate (D.C. Bar No. 974673)
Charlotte H. Taylor (D.C. Bar No. 1024658)
Megan Lacy Owen (D.C. Bar No. 1007688)
   (*pro hac vice*)
Stephen J. Kenny (D.C. Bar No. 1027711)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Autumn Hamit Patterson
   (Texas Bar No. 24092947)
   (*pro hac vice*)
JONES DAY
2727 N. Harwood St.
Dallas, Texas 75201
Telephone:  (214) 220-3939
Facsimile: (214) 969-5100

*Counsel for Plaintiffs*