IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS®, *et al.*,<br><br>*Plaintiffs,*<br>*v.*<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants.* | No. 1:20-cv-03377-DLF |

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants' response to Judge Barker's declaratory judgment in *Terkel* confirms the necessity of granting expedited summary judgment to the Plaintiffs in this case. Although Judge Barker declared the CDC's Eviction Moratorium "unlawful as 'contrary to constitutional . . . power'" and entered a final judgment setting aside that order under section 706(2)(B) of the Administrative Procedure Act, *see* Final Judgment at 1, Dkt. 46, No. 6:20-cv-00564 (E.D. Tex. Feb. 25, 2021), Defendants now say that "the Terkel judgment does not extend beyond the plaintiffs in that case and does not prohibit the application of the Order to any other parties, including the Plaintiffs in this case," Dkt. 42 at 1. According to Defendants, the CDC's Eviction Moratorium remains in effect, the Department of Justice could still enforce the Eviction Moratorium against the Plaintiffs in this case, and the CDC could extend the Eviction Moratorium again (except as applied to a few landlords in east Texas). Indeed, U.S. Attorneys continue threatening to enforce the Eviction Moratorium against landlords even after *Terkel*. *See* U.S. Attorney's Office Reminds Public of CDC Eviction Moratorium Order, U.S. Attorney's Office, District of Massachusetts (Feb. 26, 2021), https://www.justice.gov/usao-ma/pr/us-attorney-s-office-reminds-public-cdc-eviction-moratorium-order. Defendants' position is

inconsistent with the law in this Circuit, which is that "[w]hen a reviewing court determines that agency regulations are unlawful, the ordinary result is that the rules are vacated—not that their application to the individual petitioners is proscribed." *Nat'l Min. Ass'n v. U.S. Army Corps of Eng'rs*, 145 F.3d 1399, 1409 (D.C. Cir. 1998); *see also, e.g.*, *NAACP v. DeVos*, No. 20-cv-1996 (DLF), 2020 WL 5291406, at *7 (D.D.C. Sept. 4, 2020). Because Defendants have taken the position that the *Terkel* judgment provides no relief to the rest of the nation's landlords, Plaintiffs respectfully request that this Court grant them expedited summary judgment declaring that the CDC's Eviction Moratorium is unlawful as applied to the Plaintiffs in this case and the rest of the nation's landlords.

Dated: February 28, 2021                    Respectfully submitted,

*s/ Brett A. Shumate*
Brett A. Shumate (D.C. Bar No. 974673)
Charlotte H. Taylor (D.C. Bar No. 1024658)
Megan Lacy Owen (D.C. Bar No. 1007688)
    (*pro hac vice*)
Stephen J. Kenny (D.C. Bar No. 1027711)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Autumn Hamit Patterson
    (Texas Bar No. 24092947)
    (*pro hac vice*)
JONES DAY
2727 N. Harwood St.
Dallas, Texas 75201
Telephone:  (214) 220-3939
Facsimile: (214) 969-5100

*Counsel for Plaintiffs*