IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS®, *et al.*,<br><br>   *Plaintiffs,*<br>   v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>   *Defendants.* | No. 1:20-cv-03377-DLF |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully notify the Court that on March 10, 2021, a district court in the Northern District of Ohio entered the attached opinion declaring that the CDC Eviction Moratorium at issue in this case exceeds the CDC's statutory authority under Section 361 of the Public Health Service Act, 42 U.S.C. § 264(a).  *See* Ex. A, Opinion and Order, Dkt. 54, *Skyworks, Ltd. et al. v. Centers for Disease Control and Prevention, et al.*, No. 5:20-cv-02407-JPC (N.D. Ohio Mar. 10, 2021).  The *Skyworks* court also held that the Consolidated Appropriations Act of 2021, Pub. L. No. 116-260, div. N, tit. V, § 502, 134 Stat. 1182, 2097 (2020), "does not amount to a ratification" of the CDC's Eviction Moratorium and "does not change the Court's conclusion that the agency's action exceeds its statutory authority." *Id.* at 28.

Dated: March 10, 2021                                Respectfully submitted,

*s/ Brett A. Shumate*
Brett A. Shumate (D.C. Bar No. 974673)
Charlotte H. Taylor (D.C. Bar No. 1024658)
Megan Lacy Owen (D.C. Bar No. 1007688)
   (*pro hac vice*)
Stephen J. Kenny (D.C. Bar No. 1027711)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Autumn Hamit Patterson
   (Texas Bar No. 24092947)
   (*pro hac vice*)
JONES DAY
2727 N. Harwood St.
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

*Counsel for Plaintiffs*