IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>   Defendants. | No. 20-cv-3377 (DLF) |

## NOTICE OF FILING

As previewed in Defendants' filing of March 31, 2021, ECF No. 51, Defendants hereby notice the filing of a supplement to the certified administrative record in this case, along with an index and certification. The supplement includes new materials considered or relied upon by the Centers for Disease Control and Prevention (CDC) in issuing the March 29, 2021 extension of its temporary eviction moratorium Order.

Dated: April 7, 2021

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

                                        ERIC BECKENHAUER
                                        Assistant Director, Federal Programs Branch

                                        */s/ Leslie Cooper Vigen*
                                        LESLIE COOPER VIGEN
                                        Trial Attorney (DC Bar No. 1019782)
                                        STEVEN A. MYERS
                                        Senior Trial Counsel (NY Bar No. 4823043)
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, DC 20005
                                        Tel: (202) 305-0727

                                         Fax:  (202) 616-8470
                                         E-mail:  leslie.vigen@usdoj.gov

*Counsel for Defendants*