IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS, *et al.*,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　Defendants. | No. 20-cv-3377 (DLF) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants (United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of Health and Human Services; United States Department of Justice; Merrick B. Garland, in his official capacity as Attorney General; Centers for Disease Control; Rochelle P. Walensky, in her official capacity as Director, Centers for Disease Control and Prevention; and Sherri A. Berger, in her official capacity as Acting Chief of Staff for Centers for Disease Control and Prevention), hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order of May 5, 2021, along with its Memorandum Opinion of May 5, 2021.

Dated:  May 5, 2021                                   Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　　ERIC BECKENHAUER
　　　　　　　　　　　　　　　　　　　　　　　Assistant Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Leslie Cooper Vigen*
　　　　　　　　　　　　　　　　　　　　　　　LESLIE COOPER VIGEN
　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney (DC Bar No. 1019782)

STEVEN A. MYERS
Senior Trial Counsel (NY Bar No. 4823043)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:  (202) 305-0727
Fax:  (202) 616-8470
E-mail:  leslie.vigen@usdoj.gov

*Counsel for Defendants*