# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    Defendants. | No. 20-cv-3377 (DLF) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Emergency Motion for Stay Pending Appeal, IT IS HEREBY ORDERED that the Motion is GRANTED, and this Court's Order of May 5, 2021, *see* ECF No. 53, is STAYED pending appeal.

DATED: _____

_____
HON. DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE