UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALABAMA ASSOCIATION OF
REALTORS, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.*,

    *Defendants*.

No. 20-cv-3377 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Emergency Motion for Stay Pending Appeal, Dkt. 57, is **GRANTED**. It is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 62(c), this Court's May 5, 2021 Order, Dkt. 53, will remain **STAYED** pending the defendants' appeal in this matter.

DABNEY L. FRIEDRICH
United States District Judge

May 14, 2021