# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    Defendants. | No. 20-cv-3377 (DLF) |

## NOTICE

Defendants respectfully notify the Court that on July 31, 2021, the Centers for Disease Control and Prevention eviction moratorium that is the subject of this lawsuit expired. On August 3, 2021, however, CDC issued a new order entitled "Temporary Halt in Residential Evictions in Communities with Substantial or High Levels of Community Transmission of COVID-19 to Prevent the Further Spread of COVID-19," which it determined was necessary especially in light of recent spread caused by the Delta variant. *See* https://go.usa.gov/xF5yV. Unlike the previous Order, this Order applies exclusively in areas experiencing substantial or high transmission. It applies through October 3, 2021.

Dated: August 3, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Steven A. Myers*
STEVEN A. MYERS
Senior Trial Counsel (NY Bar No. 4823043)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, DC 20005
Tel: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Counsel for Defendants*