# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS®, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-03377-DLF |

### [PROPOSED] ORDER GRANTING THIRD AMENDMENT LAWYERS ASSOCIATION'S MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

Upon consideration of the Third Amendment Lawyers Association's Motion for Leave to File Brief as *Amicus Curiae*, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Third Amendment Lawyers Association may file its Brief of Amicus Curiae on the docket in this action.

Dated: _____.

_____
Hon. Dabney L. Friedrich
United States District Judge