IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS®, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants.* | No. 1:20-cv-03377-DLF |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully notify the Court that on August 12, 2021, the United States Supreme Court enjoined enforcement of Part A of New York's COVID Emergency Eviction and Foreclosure Prevention Act ("CEEFPA"). *See* Ex. A, Order, *Chrysafis v. Marks*, No. 21A8, 594 U.S. ___ (Aug. 12, 2021).

Dated: August 12, 2021                                         Respectfully submitted,

*s/ Brett A. Shumate*
Brett A. Shumate (D.C. Bar No. 974673)
Charlotte H. Taylor (D.C. Bar No. 1024658)
Stephen J. Kenny (D.C. Bar No. 1027711)
J. Benjamin Aguiñaga (D.C. Bar No. 1708051)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Plaintiffs*